FILED
2006 Jul-19 AM 08:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY TURNER, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 2:04-cv-03035-LSC |
| EASTERN HEALTH SYSTEM, INC., | ) |
| Defendant | ) |

## **FINAL JUDGMENT**

On June 30, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On July 17, 2006, plaintiff filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the defendant's motion for summary judgment is due to be and hereby is GRANTED. This action is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

Done this <u>18th</u> day of <u>July 2006</u>.

                                        _____
                                           L. SCOTT COOGLER
                                     UNITED STATES DISTRICT JUDGE
                                                    124153